UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 21-CR-60167

UNITED STATES OF AMERICA,

vs.

JARET BRIETSTEIN
    Defendant.

_____/

## NOTICE OF UNAVAILABILITY

**COMES NOW ROBERT MELCHIORRE, ESQUIRE** and hereby advises the Court that the Undersigned counsel for the Defendant, Jaret Brietstein will be out of the jurisdiction on scheduled vacations and otherwise unavailable on the following dates: July 30, 2021 through August 9, 2021.   The undersigned counsel therefore respectfully requests that no matters in the above-referenced case which require the undersigned's presence be scheduled during his absence.

           Respectfully submitted,

**By:**    *s/Heidi Perlet*
          **HEIDI PERLET, ESQUIRE**
          Counsel for defendant Jaret Brietstein
          3900 Military Trail, Suite 600
          Jupiter, FL 33458
          Telephone:(561) 295-5825
          Bar No: 64965

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, the undersigned electronically filed the foregoing

document, Notice of Unavailability, with the Clerk of the Court using CM/ECF.

           **By:**    */s/ Robert Melchiorre*
                    **ROBERT MELCHIORRE, ESQUIRE**
                    Counsel for defendant Jaret Brietstein