UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60167-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

JARET BRIETSTEIN,

        Defendant.
_____/

**STIPULATED FACTUAL PROFFER FOR GUILTY PLEA**

The United States of America, by and through the undersigned Assistant United States Attorney, and the Defendant, personally and through his attorney, hereby submit this stipulated factual proffer to establish the Defendant's guilt of Counts One and Two of the Information. The parties agree that the below factual proffer is a summary relating to the defendant's conduct and does not include every detail of the offense but are sufficient to establish the elements of the offense. The defendant further agrees that the facts below were committed knowingly, willfully, and voluntarily.

1. During two (2) recorded transactions, Jaret Brietstein ("Brietstein") sold to a Broward County Sheriff's Office ("BSO") undercover detective ("UC") approximately 168.97 grams of crystal methamphetamine, also known as "Ice," for a total purchase price of $2,900.00.

COUNT 1
JANUARY 14, 2021 SALE OF 55.59 GRAMS OF METHAMPHETAMINE FOR $1,000.00

2. On or about January 14, 2021, an UC from the Broward County Drug Task Force made telephonic contact with Brietstein and ordered two (2) ounces of methamphetamine after the person the UC called said their name was Jaret. During this recorded telephone conversation, Brietstein advised the UC that the price for two ounces of methamphetamine would be a "rack" ($1,000). The UC and Brietstein agreed to meet

[1]

later that day at the Wawa located at 2271 West Sample Road, Deerfield Beach, Broward County, Florida to conduct the transaction. The telephone number called by the UC is registered to Brietstein.

3.  On or about January 14, 2021, law enforcement set up surveillance units at the aforementioned Wawa parking lot in preparation for the meeting between the UC and Brietstein. A black Fiat, occupied solely by Brietstein, bearing FL tag CNX-Y01, registered to Raquel Adams, the girlfriend of Brietstein, was observed arriving at the Wawa. Brietstein and the UC made contact by telephone to identify themselves to each other. During this recorded telephone call, Brietstein informed the UC that Brietstein had no methamphetamine but would go pick it up and return to meet the UC. Surveillance units followed Brietstein to a residence located in Deerfield Beach, Broward County, Florida. Brietstein parked and exited the Fiat, entered the residence empty-handed, and subsequently returned to the Fiat carrying a cup. Law enforcement maintained visual surveillance on Brietstein. Brietstein did not stop anywhere between the Deerfield Beach residence and meeting with the UC.

4.  During the time Brietstein traveled to pick up the methamphetamine, the UC moved from the Wawa to the Festival Market Place located at 2900 West Sample Road, Pompano Beach, Broward County, Florida. The UC telephonically provided this new location to Brietstein. Brietstein arrived at the Festival Market Place at approximately 5:15 P.M. Surveillance units observed Brietstein park next to the UC's vehicle, exit the Fiat, and enter the passenger side of the UC's vehicle. During this audio and video recorded meeting, the UC provided Brietstein $1,000 of DEA Official Funds in exchange for a McDonald's cup that contained approximately two ounces of crystal methamphetamine. During the meeting, the UC and Brietstein agreed to conduct additional transactions in the future. After the exchange, Brietstein exited the UC's vehicle, re-entered the Fiat, and departed. The UC subsequently confirmed when he viewed the photograph affixed to Brietstein's Florida Driver's License that Brietstein was the person that sold the UC the methamphetamine.

5. A subsequent analysis by a DEA forensic chemist found the substance to be 55.59 grams of methamphetamine with a purity of 99% meaning 55.03 grams of actual methamphetamine was sold by Brietstein during this transaction.

## COUNT 2
### JANUARY 28, 2021 SALE OF 113.38 GRAMS OF METHAMPHETAMINE FOR $1900.00

6. On or about January 28, 2021, the UC again made telephonic contact with Brietstein and ordered four (4) ounces of methamphetamine. During this recorded telephone call, the UC and Brietstein agreed to conduct the transaction later that afternoon at the Festival Market Place located at 2900 West Sample Road, Pompano Beach, Broward County, Florida. On this date, law enforcement observed Brietstein arrive at the Festival Market Place driving the same black Fiat that he utilized during the January 14, 2021 transaction. Brietstein parked next to the UC's vehicle and engaged in conversation with the UC. Brietstein advised the UC that he did not have the methamphetamine in his possession but that his friend would be arriving with it shortly.

7. A short time later, Brietstein left the UC to park next to a white GMC SUV bearing Florida tag CNB-D21, registered to Jayson Gutierrez ("Gutierrez"). Law enforcement was able to confirm by viewing his Florida Drivers' License photograph that Gutierrez was indeed the driver of the white GMC SUV. Agents and detectives observed Brietstein meet with Gutierrez briefly. After meeting with Gutierrez, Brietstein drove directly back to the UC. Brietstein parked and entered the passenger side of the UC's vehicle. During the ensuing audio and video-recorded meeting, Brietstein provided the UC with approximately four (4) ounces of crystal methamphetamine in exchange for $1,900 of DEA Official Funds. The UC and Brietstein agreed to conduct future transactions. After the exchange, Brietstein exited the UC's vehicle, re-entered the Fiat, and eventually departed.

8. A subsequent analysis by a DEA forensic chemist found the substance to be 113.38 grams of methamphetamine with a purity of 93% meaning 105.44 grams of actual methamphetamine was sold by Brietstein during this transaction.

9. By his signature below, the defendant verifies that:

   A) he has read or had read to him and understood the foregoing;

   B) the stipulated factual record is true and correct;

   C) he signs this document freely and voluntarily after he has received the advice of his counsel.

Respectfully submitted,

UNITED STATES OF AMERICA

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Date: 8/9/21    By: _____
                    DONALD F. CHASE, II
                    ASSISTANT UNITED STATES ATTORNEY

                    DEFENDANT

Date: 8/9/21    By: _____
                    ROB MELCHIORRE
                    ATTORNEY FOR THE DEFENDANT

Date: 8/9/21    By: _____
                    JARET BRIETSTEIN
                    DEFENDANT